IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,              :
                                       :
v.                                     :   3:17-CR-258
                                       :   (JUDGE MARIANI)
LARRY GILLIAM,                         :
                                       :
            Defendant.                 :

## ORDER

AND NOW, THIS 22nd DAY OF APRIL, 2019, upon consideration of Defendant's Motion to Suppress Physical Evidence (Doc. 36), the Government's opposition thereto (Doc. 40), and the parties' supplemental briefs (Docs. 45, 53, 54), **IT IS HEREBY ORDERED THAT** an evidentiary hearing shall be held on **Tuesday, June 25, 2019, at 10:30 a.m.** at the William J. Nealon Federal Building, Scranton, Pa. The Court shall hold in abeyance Defendant's request for a *Franks* hearing, and the evidentiary hearing shall therefore be limited to the issues raised by Defendant in his motion and supporting brief, and the Government's responses thereto, which do not directly relate to the issues and elements which must be addressed in a *Franks* hearing.[1]

　　　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court notes that the Government acknowledges that a "limited" *Franks* hearing is appropriate. (Doc. 53, at 2-3). However, the afore-scheduled suppression hearing may aid in limiting the issues which should be addressed in a *Franks* hearing in this case, and, should the Court grant Defendant's motion to suppress on one or more of the other bases raised by the Defendant, this would render moot Defendant's request for a *Franks* hearing.