**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **3:17-CR-258** |
| **v.** | : | **(JUDGE MARIANI)** |
| | : | |
| **LARRY GILLIAM,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW, THIS _____ DAY OF SEPTEMBER 2020,** upon consideration of the

Government's Motion for Reconsideration (Doc. 106) and all relevant documents, for the

reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY**

**ORDERED THAT** the Motion is **DENIED**.

Robert D. Mariani
United States District Judge